UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL OJUKWU, et al.,<br><br>                              Plaintiff,<br><br>v.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>                              Defendant. | Case No.: 17CV2506-LAB (AGS)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss is **GRANTED**. Plaintiff Gabriel Ojukwu's claims are **DISMISSED WITH PREJUDICE**. Ojukwu and Defendant shall each bear their own costs and attorney's fees. The putative class's claims are **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to terminate the case and close the docket.

**IT IS SO ORDERED**.

Dated: May 17, 2018

_____
Hon. Larry Alan Burns
United States District Judge